UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SAM AKINRINADE,

Defendant.

**SEALED INDICTMENT**

26 Cr. 448

**COUNT ONE**
**(Sex Trafficking of a Minor)**

The Grand Jury charges:

1. From at least in or about April 2026 through on or about May 6, 2026, in the Southern District of New York and elsewhere, SAM AKINRINADE, the defendant, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited, by any means a person, knowing and in reckless disregard of the fact, and having had reasonable opportunity to observe the person, that the person had not attained the age of 18 years, and would be caused to engage in a commercial sex act, to wit, AKINRINADE enticed, harbored, obtained and maintained the Minor Victim, a 16-year-old girl, in his apartment in the Bronx, New York, knowing and in reckless disregard of the fact that the Minor Victim would be caused to engage in sex acts with AKINRINADE on account of food and housing provided by AKINRINADE.

(Title 18, United States Code, Sections 1591(a)(1) and (b)(2).)

**FORFEITURE ALLEGATION**

2. As a result of committing the offense alleged in Count One of this Indictment, SAM AKINRINADE, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594, any and all property, real and personal, involved in, used, or intended to be

used to commit or to facilitate the commission of said offense; any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense; and any and all property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense and proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 1594;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted] 9/29/26
FO[redacted]ON

James M. McDonald
JAMES M. MCDONALD
United States Attorney